## 550

No. 40197.—Protests 671511–G, etc., of New York Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel curling irons, banks atomizers, powder boxes, and boxes chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339 as claimed.

No. 40198.—Protest 785261–G of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the inkstands in question were held dutiable at 50 percent under paragraph 339 as claimed. Dow v. United States (21 C. C. P. A. 282, T. D. 46816) cited.

No. 40199.—Protests 807126–G, etc., of New York Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel banks, tooth brush holder, utility cases, razor boxes, shaving brush holder, and marcel irons chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339 as claimed.

No. 40200.—Protests 898647–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and following Abstract 38680 the court held the marcel irons and needle threaders in question dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 40201.—Protests 904516–G, etc., of Ovington Bros. Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the baskets, bookends, and inkstands in question are chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was sustained on the authority of United States v. Friedlaender (21 C. C. P. A. 103, T. D. 46445) and Dow v. United States (id. 282, T. D. 46816).